

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| EFRAIN JIMENEZ, | | No. 08-17-00124-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 384th Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20150D04711) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **January 17, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Peter R. Escobar, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before January 17, 2018.

IT IS SO ORDERED this 15th day of December, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.